# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BOBBY JEHU STROUP,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 3:12-CV-00264-ECR-(WGC)

**ORDER**

    The court ordered (#4) petitioner to submit a petition for a writ of habeas corpus and either to submit an application to proceed in forma pauperis or to pay the filing fee. Petitioner has not complied with the court's order within the allotted time.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not grant a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to comply with the court's order. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

    IT IS FURTHER ORDERED that the clerk shall add Catherine Cortez Masto, Attorney General for the State of Nevada, as counsel for respondents.

///

///

///

1   IT IS FURTHER ORDERED that the clerk shall electronically serve upon respondents a
2 copy of the this order.  No response is necessary.
3   DATED:   July 2, 2012.

_____
EDWARD C. REED
United States District Judge