AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

BOBBY JEHU STROUP,

    Petitioner,       JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:12-CV-00264-ECR-WGC**

STATE OF NEVADA,

    Respondent.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for petitioner's failure to comply with the court's order (#4). The clerk of the court shall enter judgment accordingly.
    IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

  July 2, 2012              **LANCE S. WILSON**
                                  Clerk

                                  /s/ D. R. Morgan
                                  Deputy Clerk